| | | | |
|---|---|---|---|
| Com. v. Campbell ..................... | 206 WDA 2016<br>Affirmed | 09/22/2016 | CP–56–CR–0000746–2014<br>CP–56–CR–0000747–2014<br>(Somerset) |
| Com. v. Keefer ....................... | 261 WDA 2016<br>Appeal<br>dismissed | 09/22/2016 | CP–56–SA–0000083–2015<br>CP–56–SA–0000084–2015<br>(Somerset) |
| In the Interest of Z.P.; Appeal of L.P. [27] | 494 WDA 2016<br>Affirmed | 09/22/2016 | CP–11–DP–004–2016<br>FID<br>11–FN–008–2016<br>(Cambria) |
| Com. v. Hale [28] ...................... | 2940 EDA 2014<br>Vacated and<br>Remanded | 09/23/2016 | CP–51–CR–0326571–1984<br>(Philadelphia) |
| Galarza–Padron v. Kirkaldie .......... | 1658 EDA 2015<br>Affirmed | 09/23/2016 | 2013–11961<br>(Chester) |
| Com. v. Cordenner ................... | 2011 EDA 2015<br>Affirmed | 09/23/2016 | CP–46–CR–0000085–2014<br>(Montgomery) |
| It's All Wireless, Inc. v. Fisher ......... | 2116 EDA 2015<br>Affirmed | 09/23/2016 | June Term, 2012, No.<br>3874<br>(Philadelphia) |
| Padron v. Kirkaldie .................. | 3323 EDA 2015<br>Affirmed | 09/23/2016 | No. 2013–11961<br>(Chester) |
| Com. v. Lee–Purvis ................... | 3641 EDA 2015<br>Affirmed | 09/23/2016 | CP–51–CR–0004122–2012<br>(Philadelphia) |
| In the Interest of: A.A.M. ............. | 767 EDA 2016<br>Affirmed | 09/23/2016 | CP–51–AP–0000586–2015<br>CP–51–DP–0001168–2013<br>(Philadelphia) |
| In the Interest of: A.R.L. .............. | 768 EDA 2016<br>Affirmed | 09/23/2016 | CP–51–AP–0000587–2015<br>CP–51–DP–0000193–2012<br>(Philadelphia) |
| Com. v. Schwartz .................... | 977 EDA 2016<br>Affirmed | 09/23/2016 | CP–23–CR–0001551–2009<br>(Delaware) |
| Com. v. Washington .................. | 1157 EDA 2016<br>Affirmed | 09/23/2016 | CP–15–CR–0003003–2005<br>CP–15–CR–0003130–2005<br>CP–15–CR–0005357–2005<br>CP–15–CR–0005974–2005<br>(Chester) |

27. Petition for reargument denied October 14, 2016.
28. Petition for reargument denied November 21, 2016.